

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 09 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAHIM MOHAMED,<br>RICHARD TANG,<br>DAVIES WONG,<br>BREANNE WONG,<br>PHILLIP SEWELL,<br>ZOLTAN NAGY,<br>CHRISTOPHE MERANI,<br>GLENN LAKEN, AND<br>JEFFREY COX | Criminal Indictment<br><br>No.  **1:22CR283**<br><br>**Under Seal** |

## Motion to Seal Indictment

The United States of America, by Ryan K. Buchanan, United States Attorney, and Nathan P. Kitchens, Assistant United States Attorney for the Northern District of Georgia, respectfully requests that the attached **Indictment**, motion to seal and order be sealed pursuant to Federal Rule of Criminal Procedure 6(e)(4) for the following reasons:

The Indictment concerns an ongoing investigation involving conspiracy to commit wire fraud, wire fraud, conspiracy to commit securities fraud, and securities fraud. All but two of the defendants do not reside in the United States, and they may be in communication with the defendants located in the United States, CHRISTOPHE MERANI and GLENN LAKEN. Public disclosure of the

Indictment, arrest warrant, or this Motion and any ensuing order will seriously jeopardize the investigation by potentially causing the destruction of evidence, prompting the defendants and other targets to flee, and/or potentially driving their activities further underground. *See In re Sealed Affidavit(s) to Search Warrants*, 600 F.2d 1256, 1257-58 (9th Cir. 1979); *see Washington Post v. Robinson*, 935 F.2d 282, 290 (D.C. Cir. 1991); *see also United States v. Gomez*, 323 F.3d 1305, 1307 (11th Cir. 2003) ("The district courts have substantial supervisory powers over their records and files").

WHEREFORE, the United States of America respectfully requests that this motion, the **Indictment** and ensuing order be sealed until further order of this Court.

Submitted this 9th day of August 2022.

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*

/s/Nathan P. Kitchens
   *Assistant United States Attorney*
   Georgia Bar No. 263930
   Nathan.Kitchens@usdoj.gov