

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 09 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAHIM MOHAMED,<br>RICHARD TANG,<br>DAVIES WONG,<br>BREANNE WONG,<br>PHILLIP SEWELL,<br>ZOLTAN NAGY,<br>CHRISTOPHE MERANI,<br>GLENN LAKEN, AND<br>JEFFREY COX | Criminal Indictment<br><br>No. 1:22CR283<br><br>**Under Seal** |

**Order**

Having read and considered the government's Motion to Seal **Indictment** and application and for good cause shown,

It is hereby ORDERED that the **Indictment** and application be sealed until further order of this court.

SO ORDERED this 9Th day of August, 2022.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE

Presented by:
Nathan P. Kitchens, Assistant United States Attorney