U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2017R00813)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 09 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

| | |
|---|---|
| COUNTY NAME: Fulton | DISTRICT COURT NO. 1:22CR283 |
| | UNDER SEAL |
| | MAGISTRATE CASE NO. |

| | | |
|---|---|---|
| X Indictment | Information | Magistrate's Complaint |
| DATE: August 9, 2022 | DATE: N/A | DATE: N/A |

UNITED STATES OF AMERICA
vs.
**GLENN LAKEN**

SUPERSEDING INDICTMENT
Prior Case Number: N/A
Date Filed: N/A

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Nathan P. Kitchens
Defense Attorney: