**FILED IN CHAMBERS**
U.S.D.C ATLANTA

Date: Aug 18 2022

**KEVIN P. WEIMER**, Clerk

By: s/James Jarvis
          Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAHIM MOHAMED,<br>RICHARD TANG,<br>DAVIES WONG,<br>BREANNE WONG,<br>PHILLIP SEWELL,<br>ZOLTAN NAGY,<br>CHRISTOPHE MERANI,<br>GLENN LAKEN, AND<br>JEFFREY COX | Criminal Indictment<br><br>No. 1:22-CR-283<br><br>**Under Seal** |

## Motion to Unseal Indictment

The United States of America, by Ryan K. Buchanan, United States Attorney, and Nathan P. Kitchens, Assistant United States Attorney for the Northern District of Georgia, moves this Court to unseal the **Indictment** in the above-styled case and in support thereof shows that one of the defendants, Christophe Merani, is self-surrendering to law enforcement and has his initial appearance in the U.S. District Court for the Northern District of Illinois tomorrow. In light of his upcoming initial appearance, and publicity arising from a civil complaint filed by the U.S. Securities and Exchange Commission in a parallel action, the government respectfully submits that there is no longer a basis to keep the Indictment under seal.

2

WHEREFORE, the United States of America respectfully requests that the Indictment be unsealed.

Submitted this 18th day of August 2022.

                                          Respectfully submitted,

                                          R<small>YAN</small> K. B<small>UCHANAN</small>
                                            *United States Attorney*

                                        /s/Nathan P. Kitchens
                                            *Assistant United States Attorney*
                                        Georgia Bar No. 263930
                                        Nathan.Kitchens@usdoj.gov