FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Sep 19 2022

**KEVIN P. WEIMER**, Clerk

By: s/Cynthia Mercado
Deputy Clerk

**U.S. Department of Justice**
United States Attorney

September 19, 2022
Date Submitted

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA                    Indictment/Information

v.

                                            1:22-CR-00283-UNA

GLENN B. LAKEN

                                            September 19, 2022
                                            Date of Indictment

**REQUEST FOR ARRAIGNMENT – Defendant on Bond**

Issue Summons to:

Glenn B. Laken
(Name)

_____
(Address)

ATTORNEYS FOR DEFENDANT
Amanda Clark Palmer, Esq.
(Name)
3151 Maple Dr NE, Atlanta, Georgia 30305
(Address)
Donald F. Samuel, Esq.
(Name)
3151 Maple Dr NE, Atlanta, Georgia 30305
(Address)

Other defendants previously arraigned (or now set for arr.)

Nathan P. Kitchens
Assistant U.S. Attorney