AO 83 (12/85) Summons in a Criminal Case

FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Sep 19 2022
KEVIN P. WEIMER, Clerk
By: s/Cynthia Mercado
Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SUMMONS IN A CRIMINAL CASE |
| vs. | CASE NO. 1:22-CR-283-UNA |
| GLENN B. LARKIN (BOND) | |
| C/O- Amanda Clark Palmer/Donald Samuel | |
| 3151 MAPLE DRIVE, N.E. | |
| ATLANTA, GA 30305-2503 | |

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| **PLACE**: | U.S. Courthouse<br>Richard B. Russell Building<br>**Room 2008**<br>75 Ted Turner Drive, SW<br>Atlanta, Georgia   30303-3309 |
| **BEFORE**: | **Honorable CHRISTOPHER C. BLY**<br>United States Magistrate Judge |
| **DATE AND TIME**: | **OCTOBER 3, 2022**<br>**10:00 a.m.** |

To answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of **Title 18, United States Code, Section(s) 1349; 18 USC 1343 and Section 2; 18 USC 371; and 15 USC 78j(b) and 78ff; 17 C.F.R Section 240.10b-5; 18 USC Section 2.**

**Brief description of the offense:** Count 9- Conspiracy to Commit Wire Fraud Relating to Good Gaming; Counts 10-14 – Wire Fraud Relating to Good Gaming; Count 15 - Conspiracy to Commit Securities Fraud Relating to Good Gaming; and Counts 16-20 – Securities Fraud Relating to Good Gaming.

| | |
|---|---|
| AUSA: | Nathan Kitchens |
| Counsel for Defendant: | Amanda Clark Palmer and/or Donald Samuel |

September 19, 2022

KEVIN P. WEIMER
CLERK OF COURT

By:  s/C. Mercado
Deputy Clerk