**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
    **PLEA AND**
        **SENTENCE**



Time in Court: _____ Hrs **20** Min

Filed in Open Court:   Date: **10/03/2022**   Time: **10:00**   Tape: **zoomgov.com**

Magistrate (presiding): **CHRISTOPHER C. BLY**   Deputy Clerk: **James Jarvis**   Exhibits Yes ☐   No ☐

Case Number: **1:22-CR-283**   Defendant's Name: **Glen Laken**
AUSA: **Nathan Kitchens**   Defendant's Attorney: **Donald Samuel**
USPO/PTR: _____   Type Counsel: (✓) Retained ( ) CJA ( ) FPD

___ ARREST DATE: _____
___ INTERPRETER: _____
___ INITIAL APPEARANCE HEARING. ( ) In THIS DISTRICT   Dft in custody? ( ) Yes  (✓) No
___ Defendant advised of right to counsel.   ( ) WAIVER OF COUNSEL filed.
___ ORDER appointing Federal Defender Program as counsel. ( ) INITIAL APPEARANCE ONLY.
___ ORDER appointing _____ as counsel.
___ ORDER giving defendant _____ days to employ counsel (cc: served by Mag CRD)
___ Dft to pay attorney fees as follows: _____
___ INFORMATION/COMPLAINT filed.   _____ WAIVER OF INDICTMENT filed.
✓ Copy indictment/information given to dft? (X) Yes   ( ) No   Read to dft? ( ) Yes   ( ) No   (X) Prior to Hrg
___ CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed.
✓ ARRAIGNMENT HELD. ( )**indictment** / information   ( ) Dft's WAIVER of appearance filed.
___ Arraignment continued to _____ at _____   Request of ( ) Govt   ( ) Dft
___ Dft failed to appear for arraignment.   Bench warrant issued _____
✓ Dft enters **oral** PLEA OF NOT GUILTY. ( ) Dft stood mute; plea of NOT GUILTY entered. ( ) Waiver of appearance.
___ MOTION TO CHANGE PLEA, and order allowing same.
✓ ASSIGNED TO JUDGE **VMC** for ( ) trial   ( ) arraignment/sentence.
✓ ASSIGNED TO MAGISTRATE **CMS** for pretrial proceedings.
___ Estimated trial time: _____ days.   ( ) SHORT   (✓) MEDIUM   ( ) LONG
___ PRE-SENTENCE INVESTIGATION filed. Referred to USPO for PSI and continued until _____ at _____ for sentencing.

ARRAIGNMENT - Pg. 2                     Case No.:
                                        Defendant:

____ Government MOTION FOR DETENTION filed. Hearing set for _____ at _____

____ Temporary commitment issued.   Dft remanded to custody of US Marshals Service.

**BOND REVOCATION/ DETENTION HEARING**

____ BOND / PRETRIAL DETENTION hearing held.

____ Government MOTION FOR DETENTION ( ) GRANTED  ( ) DENIED ( ) WITHDRAWN

____ WRITTEN ORDER TO FOLLOW.

____ HEARING HELD on motion for reduction / modification of bond.

____ Motion for reduction / modification of Bond  ( ) GRANTED  ( ) DENIED.

____ WRITTEN ORDER TO FOLLOW.

____ BOND SET at _____

____ Non-surety

____ Surety  ( ) Cash   ( ) Property    ( ) Corporate surety ONLY

     SPECIAL CONDITIONS:

____ _____

     _____
     _____
     _____

____ Bond filed; defendant released.

____ Bond NOT EXECUTED.   Defendant to remain in Marshal's custody.

__✓__ Defendant to remain on pretrial release under the terms and conditions set forth in the U. S. District for the

_Southern District of New York_

**WITNESSES:** _____
              _____
              _____
              _____

**SENTENCE:** _____
             _____
             _____

Order

☑ Pursuant to the Due Process Protections Act, *see* Fed. R. Crim. P. 5(f), the government is directed to adhere to the disclosure obligations set forth in *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and to provide all materials and information that are arguably favorable to the defendant in compliance with its obligations under *Brady*; *Giglio v. United States*, 405 U.S. 150 (1972); and their progeny. Exculpatory material as defined in *Brady* and *Kyles v. Whitley*, 514 U.S. 419, 434 (1995), shall be provided sufficiently in advance of trial to allow a defendant to use it effectively, and exculpatory information is not limited to information that would constitute admissible evidence.

The failure of the government to comply with its *Brady* obligations in a timely manner may result in serious consequences, including, but not limited to, the suppression or exclusion of evidence, the dismissal of some or all counts, adverse jury instructions, contempt proceedings, or other remedies that are just under the circumstances.