U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

### PLEA (With Counsel)

CRIMINAL NO. 1:22-CR-283

I, Glenn Laken, defendant, having received a copy of the within Indictment and having been arraigned, plead Not Guilty thereto to counts 9 through 20 thereof.

In Open Court this 3rd day of October, 2022.

_____
SIGNATURE (Defense Attorney)
Donald F. Samuel

_____
SIGNATURE (Defendant)
Glenn Laken

INFORMATION BELOW MUST BE TYPED OR PRINTED

Garland, Samuel & Loeb, P.C.
3151 Maple Drive
Atlanta, Georgia 30305
Phone: 404-262-2225
Bar Number: 624475

Filed in Open Court by:

_____      _____
(Signature)                     Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12