**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
    **PLEA AND**
        **SENTENCE**



Time in Court: _____ Hrs  **20** Min

Filed in Open Court:   Date: 10/03/2022   Time: **10:00**   Tape: zoomgov.com

Magistrate (presiding): **CHRISTOPHER C. BLY**   Deputy Clerk: **James Jarvis**   Exhibits Yes ☐   No ☐

Case Number: 1:22-CR-283   Defendant's Name: Glen Laken
AUSA: **Nathan Kitchens**   Defendant's Attorney: **Donald Samuel**
USPO/PTR: _____   Type Counsel: (✓) Retained ( ) CJA ( ) FPD

____ ARREST DATE: _____
____ INTERPRETER: _____
____ INITIAL APPEARANCE HEARING. ( ) In THIS DISTRICT   Dft in custody? ( ) Yes  (~~✓~~) ~~No~~
____ Defendant advised of right to counsel.   ( ) WAIVER OF COUNSEL filed.
____ ORDER appointing Federal Defender Program as counsel. ( ) INITIAL APPEARANCE ONLY.
____ ORDER appointing _____ as counsel.
____ ORDER giving defendant _____ days to employ counsel (cc: served by Mag CRD)
____ Dft to pay attorney fees as follows: _____
____ INFORMATION/COMPLAINT filed. _____   WAIVER OF INDICTMENT filed. _____
✓ Copy indictment/information given to dft? (X) Yes  ( ) No   Read to dft? ( ) Yes ( ) No (X) Prior to Hrg
____ CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed.
✓ ARRAIGNMENT HELD.( )**indictment** / information   ( ) Dft's WAIVER of appearance filed.
____ Arraignment continued to _____ at _____   Request of ( ) Govt  ( ) Dft
____ Dft failed to appear for arraignment.   Bench warrant issued _____
✓ Dft enters **oral** PLEA OF NOT GUILTY. ( ) Dft stood mute; plea of NOT GUILTY entered. ( ) Waiver of appearance.
____ MOTION TO CHANGE PLEA, and order allowing same.
✓ ASSIGNED TO JUDGE   **VMC**   for ( ) trial   ( ) arraignment/sentence.
✓ ASSIGNED TO MAGISTRATE   **CMS**   for pretrial proceedings.
____ Estimated trial time: _____ days.   ( ) SHORT   (✓) MEDIUM   ( ) LONG
____ PRE-SENTENCE INVESTIGATION filed. Referred to USPO for PSI and continued until _____ at _____ for sentencing.

ARRAIGNMENT - Pg. 2                                   Case No.:
                                                      Defendant:

_____ Government MOTION FOR DETENTION filed. Hearing set for _____ at _____

_____ Temporary commitment issued.    Dft remanded to custody of US Marshals Service.

**BOND REVOCATION/ DETENTION HEARING**

_____ BOND / PRETRIAL DETENTION hearing held.

_____ Government MOTION FOR DETENTION ( ) GRANTED   ( ) DENIED ( ) WITHDRAWN

_____ WRITTEN ORDER TO FOLLOW.

_____ HEARING HELD on motion for reduction / modification of bond.

_____ Motion for reduction / modification of Bond   ( ) GRANTED   ( ) DENIED.

_____ WRITTEN ORDER TO FOLLOW.

_____ BOND SET at _____

_____ Non-surety

_____ Surety  ( ) Cash    ( ) Property    ( ) Corporate surety ONLY

        SPECIAL CONDITIONS:

_____ _____

_____

_____

_____ Bond filed; defendant released.

_____ Bond NOT EXECUTED.   Defendant to remain in Marshal's custody.

✓ Defendant to remain on pretrial release under the terms and conditions set forth in the U. S. District for the

_Southern District of New York_

**WITNESSES:** _____

_____

_____

_____

**SENTENCE:** _____

_____

_____

Order

☑ Pursuant to the Due Process Protections Act, *see* Fed. R. Crim. P. 5(f), the government is directed to adhere to the disclosure obligations set forth in *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and to provide all materials and information that are arguably favorable to the defendant in compliance with its obligations under *Brady*; *Giglio v. United States*, 405 U.S. 150 (1972); and their progeny. Exculpatory material as defined in *Brady* and *Kyles v. Whitley*, 514 U.S. 419, 434 (1995), shall be provided sufficiently in advance of trial to allow a defendant to use it effectively, and exculpatory information is not limited to information that would constitute admissible evidence.

The failure of the government to comply with its *Brady* obligations in a timely manner may result in serious consequences, including, but not limited to, the suppression or exclusion of evidence, the dismissal of some or all counts, adverse jury instructions, contempt proceedings, or other remedies that are just under the circumstances.