# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action File |
| CHRISTOHE MERANI (7), and GLENN LAKEN (8) | No.: 1:22-cr-283-VMC-CMS |
| *Defendants*. | |

## DEFENDANT CHRISTOPHE MERANI'S CONSENT MOTION TO CONTINUE PRETRIAL DEADLINES AND HEARING

Defendant Christophe Merani hereby moves the Court to continue the pretrial motion deadline and hearing in this matter for 90 days.  All parties who have appeared in this matter consent to this motion.  In an order dated October 19, the Court ordered that pretrial motions be filed by October 21 and scheduled the pretrial conference in this matter to take place on October 24.

In support of this motion, the parties state that the Government currently anticipates that it will produce over one terabyte of discovery materials to Defendant, but that the production has not yet finished being processed.  The delay in producing discovery materials primarily results from processing time and delays at the Government's off-site processing center.  Because of the large volume of discovery material to be produced in this matter and the upcoming holidays, the parties agree that a 90-day extension is reasonable.  Accordingly, Defendant moves

that the Court extend the deadline for filing pretrial motions and the date of the pretrial conference by 90 days. A proposed order granting this motion is attached as Exhibit A.

This 20th day of October, 2022.

>/s/ Joshua A. Mayes
Joshua A. Mayes
Georgia Bar No. 143107
jmayes@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
(404) 856-3266
(404) 856-3255 (fax)

4868-3672-60741