# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action File |
| CHRISTOHE MERANI (7), and GLENN LAKEN (8) | No.: 1:22-cr-283-VMC-CMS |
| *Defendants*. | |

## [PROPOSED] CONSENT ORDER CONTINUING PRETRIAL DEADLINES AND PRETRIAL HEARING

Defendant Christophe Merani has moved the Court to continue the pretrial motion deadline and hearing in this matter for 90 days. All parties who have appeared in this matter consent to the motion.

For good cause shown, it is ORDERED that the defendants have until _____ to file any pretrial motions. It is further ORDERED that a pretrial conference shall be held in this criminal action on _____ at _____, before the undersigned Magistrate Judge by Zoom. The Defendants need not attend the pretrial conference.

( ) The delay between the original and rescheduled pretrial conferences shall be excluded from the Speedy Trial Act calculations because the Court finds that the reason for the delay was for good cause and the interests of justice in granting the continuance outweigh the public's and the defendant's rights to a speedy trial.

18 U.S.C. § 3161, *et seq.*

( ) The delay between the original and rescheduled pretrial conferences shall not be excluded for Speedy Trial Act purposes.  18 U.S.C. § 3161, *et seq.*

( ) The Court finds that due to the extensive discovery in this case, it was necessary to extend the time for the defendants to file pretrial motions, and accordingly, postpone the holding of the initial pretrial conference.  The Court finds that the interests of justice in continuing the pretrial motions deadline and in holding the pretrial conference substantially outweigh the interests of the public and defendants in the speedy resolution of this matter, and thus the Clerk is directed to count as excludable any delay occurring in extending the motions deadline and the holding of the pretrial conference.  18 U.S.C. § 3161, *et seq.*

IT IS SO ORDERED, this __ day of October, 2022.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE