IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NUMBER 1:22-CR-283-VMC-CMS |
| CHRISTOPHE MERANI<br>GLENN LAKEN, | |
| Defendants. | |

## **O R D E R**

For good cause shown, the oral motion by the defendants to continue the pretrial conference and deadline for pretrial motions is GRANTED. The pretrial conference is re-scheduled to February 28, 2023, at 1:00 p.m. by Zoom. The defendant has until February 24, 2023, to file any pretrial motions.

The time from January 24, 2023, to and until February 28, 2023, is excluded from the Speedy Trial Act computation under 18 U.S.C. §3161(h)(7)(B)(i) on the grounds that the additional time is necessary to afford defendant reasonable time for effective preparation, taking into account the exercise of due diligence.

IT IS SO ORDERED this 23rd day of January, 2023.

CATHERINE M. SALINAS
United States Magistrate Judge