# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cr-00283-VMC-CMS
## USA v. Mohamed, et al.
## Honorable Catherine M. Salinas

Minute Sheet for proceedings held In Open Court on 02/28/2023.

TIME COURT COMMENCED: 1:01 P.M.
TIME COURT CONCLUDED: 1:11 P.M.           TAPE NUMBER: Zoom
TIME IN COURT: 00:10                      DEPUTY CLERK: Angela Smith
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [8]Glenn Laken NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Tal Chaiken representing USA |
| | Nathan Kitchens representing USA |
| | Donald Samuel representing Glenn Laken |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | DFT#8-[47]Motion to Sever Defendant DEFERRED to the District Court Judge. |