FID 5941927

**RECEIVED**
By Adrian Collins at 3:28 pm, Aug 10, 2022

AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

USMS: 12999-424

| | |
|---|---|
| UNITED STATES OF AMERICA, | **WARRANT FOR ARREST** |
| vs. | |
| GLENN LAKEN | CASE NO. 1:22-CR-283-8 <br> **UNDER SEAL** |
| **AGENT TO ARREST** | |

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 04 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

To:  The United States Marshal
     and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest GLENN LAKEN and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Conspiracy to Commit Wire Fraud Relating to Good Gaming in violation of **Title 18, United States Code, Section(s) 1349.**

| | |
|---|---|
| KEVIN P. WEIMER <br> Name of Issuing Officer | Clerk, U.S. District Court <br> Title of Issuing Officer |
| C. Mercado <br> Signature of Issuing Officer | August 10, 2022 at Atlanta, Georgia <br> Date and Location |

Bail Fixed at $ _____     By: _____
                                        Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

| | |
|---|---|
| Date Received: 08-10-2022 | Agent Amelie Whitehead <br> Name and Title of Arresting Officer |
| Date of Arrest: 08-30-2022 | _____ <br> Signature of Arresting Officer |