UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                               )<br>      Plaintiff,                                   )<br>                                                               )      CRIMINAL INDICTMENT NO.:<br>v.                                                            )<br>                                                               )      1:22-cr-00283-VMC-CMS<br>GLENN B. LAKEN,                             )<br>                                                               )<br>      Defendant.                              ) | |

**<u>DEFENDANT GLENN LAKEN'S REPLY TO THE GOVERNMENT'S
RESPONSE TO THE DEFENDANT'S MOTION FOR SEVERANCE</u>**

The Defendant moved for a severance based on his readiness for trial and the unavailability of the co-defendants (Doc. 47). The government responded, objecting to the severance (Doc. 75). The most important question remains unanswered by the government: How long does the government anticipate the extradition process will last for the alleged co-conspirators? If the government anticipates the process will end in a matter of months, then this issue will be moot soon enough. But if the government anticipates that it will be more than a year, or two years, then the calculus for the court is considerably different.

The government does not even reveal if they know the answer to that question. Therefore, the defense urges the court to pose these questions to the government so the court and the defense can be on the same page as the government in evaluating the severance issue.

1. What is the current stage of the extradition process for each of the co-conspirators; that is, are there legal proceedings that are pending in the foreign country? (This information should be provided for each co-conspirator).

2. What is the government's belief as to the likely time frame for each extradition process to be completed, based on information provided to the government from any source (such as the U.S. embassy in the foreign country, the State Department, or the division of the DOJ that is handling the extradition proceedings).

3. At what point, assuming a lengthy delay is envisioned, will the government agree that the case against Laken should proceed to trial without the co-conspirators?

Until the government provides this information, it is not reasonable for the court or the defense to meaningfully respond to the government's argument that there is no reason to move forward with a trial at this time.

This, the 23rd day of June, 2023.

                                                      RESPECTFULLY SUBMITTED,

                                                      **GARLAND, SAMUEL & LOEB, P.C.**

                                                      /s/ *Donald F. Samuel*
                                                      DONALD F. SAMUEL, ESQ.
                                                      Georgia Bar No. 624475
                                                      Attorney for Defendant

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Phone: 404-262-2225
Fax:  404-365-5041
Email: dfs@gsllaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL INDICTMENT NO.: |
| v. ) | |
| ) | 1:22-cr-00283-VMC-CMS |
| GLENN B. LAKEN, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE AND COMPLIANCE**

The undersigned attorney hereby certifies that the foregoing document, which was prepared using Times New Roman, 14-point font, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

This the 23rd day of June, 2023.

**GARLAND, SAMUEL & LOEB, P.C.**

/s/ *Donald F. Samuel*
DONALD F. SAMUEL, ESQ.
Georgia Bar No. 624475
Attorney for Defendant

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Phone: 404-262-2225
Fax:  404-365-5041
Email: dfs@gsllaw.com