# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:22-cr-00283-VMC-CMS
### USA v. Mohamed, et al.
### Honorable Victoria M. Calvert

Minute Sheet for proceedings held In Open Court on 08/04/2023.

TIME COURT COMMENCED: 1:30 P.M.
TIME COURT CONCLUDED: 3:35 P.M.
TIME IN COURT: 2:05
OFFICE LOCATION: Atlanta
COURT REPORTER: Wynette Blathers
DEPUTY CLERK: Velma Shanks

| | |
|---|---|
| DEFENDANT(S): | [7]Christophe Merani Present at proceedings<br>[8]Glenn Laken Present at proceedings |
| ATTORNEY(S) PRESENT: | Charles Boring representing Christophe Merani<br>Tal Chaiken representing USA<br>Nathan Kitchens representing USA<br>Joshua Mayes representing Christophe Merani<br>Donald Samuel representing Glenn Laken<br>** Chris Huber representing USA |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | DFT#7-[52]Motion to Sever Defendant DENIED<br>DFT#8-[47]Motion to Sever Defendant DENIED |
| MINUTE TEXT: | The Court heard oral argument from the parties on the motions to sever. For the reasons stated following oral argument, the Court denied Defendants Christophe Merani and Glenn Laken's motions to sever without prejudice. |