IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GLENN LAKEN AND<br>CHRISTOPHE MERANI | Criminal Action No.<br><br>1:22-cr-283-VMC-CMS |

## UNITED STATES' STATUS REPORT

The United States of America, by Ryan K. Buchanan, United States Attorney for the Northern District of Georgia, and Tal C. Chaiken and Christopher J. Huber, Assistant United States Attorneys, respectfully provides this status report, pursuant to the Court's September 21, 2023 Order, as to Defendants who have not yet made an appearance in this case.[1]

Currently, four of Laken's and Merani's co-defendants have not appeared in this District: Rahim Mohamed, Richard Tang, Phillip Sewell, and Zoltan Nagy.[2]  Tang and Nagy are scheduled to voluntarily appear in this District within the next month.  Sewell has informed the United States that he is in the process of obtaining counsel. Mohamed, through counsel, has indicated that he will not voluntarily appear in this District and the United States expects that extradition proceedings will be necessary to secure his appearance.

Within the next month, the United States expects that the Court will have before it at least five of the seven charged co-conspirators.  The United States

---

[1] The United States provided additional information to the Court *ex parte* on October 3, 2023.

[2] The charges against co-defendants Jeffrey Cox and Breanne Wong were dismissed on April 19, 2023 and September 26, 2023, respectively.

believes that at least those five Defendants should be tried together to serve the important interests previously discussed. For the reasons expressed in prior briefing and oral argument, the United States continues to oppose severance at this time.

Dated: October 5, 2023

RYAN K. BUCHANAN
  *United States Attorney*

*Tal Chaiken*
TAL C. CHAIKEN
  *Assistant United States Attorney*
Georgia Bar No. 273949
Tal.Chaiken@usdoj.gov


CHRISTOPHER J. HUBER
  *Assistant United States Attorney*
Georgia Bar No. 545627
Chris.Huber@usdoj.gov