IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  v.<br><br>RAHIM MOHAMED,<br>RICHARD TANG,<br>DAVIES WONG,<br>PHILLIP SEWELL,<br>ZOLTAN NAGY,<br>CHRISTOPHE MERANI, and<br>GLENN LAKEN | Criminal Indictment<br><br>No. 1:22-CR-283 |

## United States' Unopposed Motion for
## Protective Order for Discovery Materials

The United States of America, by Ryan K. Buchanan, United States Attorney, and Tal C. Chaiken and Christopher J. Huber, Assistant United States Attorneys for the Northern District of Georgia, moves for a protective order to limit Defendants' use and dissemination of information provided in discovery to that which is reasonably necessary to prepare their defense, pursuant to Federal Rule of Criminal Procedure 16(d)(1).

In support of its motion, the United States submits as follows:

1. On August 9, 2022, a grand jury returned an indictment charging Defendants with conspiracy to commit wire fraud (18 U.S.C. § 1349), wire fraud (18 U.S.C. § 1343), conspiracy to commit securities fraud (18 U.S.C. § 371), and securities fraud (15 U.S.C. §§ 78j(b) and 78ff; 17 C.F.R. § 240.10b-5).

2. The United States provided Rule 16 discovery to Laken and Merani and intends to provide Rule 16 discovery to Wong shortly and to other Defendants at their arraignments or shortly thereafter.

3. The United States considers many of the records that have been or may be produced in this case to be "sensitive materials" in that they contain dates of birth, addresses, social security numbers, and bank account numbers for individuals who are not parties to this litigation. Given the volume of discovery materials in this case, redaction of all "sensitive information" within the materials would be unduly burdensome and would be subject to error. Further, the degree of redaction that would be required for certain documents may obscure some of the documents and make them illegible.

4. As a result, pursuant to Federal Rule of Criminal Procedure 16(d)(1), the United States requests that a protective order be issued to guard against the unwarranted dissemination of the discovery materials in this case. *See* FED. R. CRIM. P. 16(d)(1) ("[a]t any time the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief").

5. First, the United States requests an order mandating that any discovery materials and all information included in the discovery materials (regardless of whether such materials are defined as discovery under Rule 16) that are provided by the United States to Defendants shall not be further disseminated by Defendants or their counsel to any individuals, organizations, or other entities, except to:

    a. Members of the defense team (co-counsel, paralegals, investigators, litigation support personnel, the defendant, and secretarial staff);

    b. Any experts or consultants retained to assist in the preparation of the defense; or

    c. The Court.

6. Second, the United States requests an order requiring that all discovery is to be provided and used by Defendants and their counsel exclusively for the purpose of allowing Defendants to prepare a defense, and that Defendants, defense counsel, and members of the defense team will not disseminate, disclose, or provide the discovery produced by the United States to anyone who is not necessary to the preparation of the defense.

7. The United States submits that these protective measures are necessary to guard against dissemination of confidential and sensitive personal information and that a protective order is the most reasonable way of balancing Defendants' need for access to these materials with the rights of individuals whose information may be reflected in this discovery.

8. Counsel for Defendants Wong, Merani, and Laken (the only Defendants who have appeared in this case to date) have stated that they do not oppose the relief requested in this Motion.

WHEREFORE, and based on good cause shown, the United States respectfully requests that the Court issue the submitted protective order.

Dated: October 6, 2023

RYAN K. BUCHANAN
  *United States Attorney*

*Tal Chaiken*

TAL C. CHAIKEN
  *Assistant United States Attorney*
Georgia Bar No. 273949
Tal.Chaiken@usdoj.gov


CHRISTOPHER J. HUBER
  *Assistant United States Attorney*
Georgia Bar No. 545627
Chris.Huber@usdoj.gov