# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD TANG, PHILLIP SEWELL, ZOLTAN NAGY, CHRISTOPHE MERANI and GLENN LAKEN,<br><br>Defendants. | Criminal Action No.<br>1:22-cr-283-VMC-CMS |

## ORDER

This matter comes before the Court *sua sponte*. Based on a review of the docket, Defendants Richard Tang's and Zoltan Nagy's cases will be certified ready for trial in July. Defendants Phillip Sewell's, Christophe Merani's, and Glenn Laken's cases are already certified ready for trial. Given the number of Defendants, the Court intends to specially set the trial in this matter. Therefore, the Court will hold a scheduling conference call on Tuesday, May 21, 2024 at 9:30 a.m. to discuss the timing and length of the trial. At least one lawyer for each party is **DIRECTED** to join the call. The Defendants are not required to be on the call. Dial-in instructions will be filed on the docket.

**SO ORDERED** this 10th day of May, 2024.

_____
Victoria Marie Calvert
United States District Judge