# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cr-00283-VMC-CMS
## USA v. Mohamed, et al.
## Honorable Calvert, Victoria M.

Minute Sheet for proceedings held In Chambers on 05/21/2024.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 10:55 A.M.   COURT REPORTER: Wynette Blathers
TIME IN COURT: 00:25                DEPUTY CLERK: Velma Shanks
OFFICE LOCATION: Atlanta

**DEFENDANT(S):**
[2] Richard Tang NOT Present at proceedings
[5] Phillip Sewell NOT Present at proceedings
[6] Zoltan Nagy NOT Present at proceedings
[7] Christophe Merani NOT Present at proceedings
[8] Glenn Laken NOT Present at proceedings

**ATTORNEY(S) PRESENT:**
Charles Boring representing Christophe Merani
Tal Chaiken representing USA
Amanda Clark Palmer representing Glenn Laken
Christopher Huber representing USA
Brian Mendelsohn representing Phillip Sewell
Donald Samuel representing Glenn Laken
Catherine Sullivan representing Christophe Merani
Brandon Thomas representing Zoltan Nagy
Caitlyn Wade representing Richard Tang

**PROCEEDING CATEGORY:** Telephone Conference(Other Proceeding Non-evidentiary);

**PLEADINGS FILED IN COURT:** Telephone Scheduled Conference held. Written order to follow.