# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD TANG, PHILLIP SEWELL, ZOLTAN NAGY, CHRISTOPHE MERANI and GLENN LAKEN,<br><br>Defendants. | Criminal Action No.<br>1:22-cr-283-VMC-CMS |

## ORDER SETTING TRIAL

On May 21, 2024, the Court held a telephonic status conference with counsel for the Government and Defendants Richard Tang, Phillip Sewell, Zoltan Nagy, Christophe Merani and Glenn Laken to set a trial date.

Counsel for Mr. Tang is scheduled to be on leave from early September through the end of 2024 and requested that the trial not occur until early 2025. Counsel for the Government and the remaining defendants generally agreed to a trial in early 2025 though Mr. Merani's counsel lodged an objection to the delay. The Court finds that the ends of justice in having a joint trial, which will conserve resources and allow for effective preparation, outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court also notes that counsel for Mr. Tang, Mr. Nagy, and Mr. Sewell are trying to obtain access for their clients, who reside outside of the United States, to the discovery

(approximately 5 terabytes) prior to trial.[1] Given the volume of the discovery, the Court is also concerned that scheduling a trial before September 2024 would not give Mr. Tang, Mr. Nagy and Mr. Sewell adequate time to complete their review of the discovery.

Therefore, trial is set for **Tuesday, January 21, 2025** at **9:30 a.m**.[2] The specific courtroom will be determined closer to the trial date. The Government has indicated that it will need two to three weeks to present its case and the Court will give the Defendants an additional week to present their case. Therefore, counsel should reserve four weeks for trial.

Pretrial motions, proposed voir dire, and the Government's summary of the indictment shall be filed by January 6, 2025. Responses to pretrial motions and objections to proposed voir dire or the Government's summary of the indictment shall be filed by January 13, 2025. The pretrial conference will be held on **Thursday, January 16, 2025** at **10:00 a.m**. All defendants are required to appear at the pretrial conference unless a signed waiver of appearance is filed on the docket by January 13, 2025.

---

[1] The Court notes that the issue relates to the third-party platform that the Administrative Office of the U.S. Courts provides to CJA counsel to access voluminous discovery, and not to any issue with the Government failing to produce discovery in a timely manner.

[2] Monday, January 20, 2025 is a federal holiday.

The Clerk is directed to count as excludable the time from the date Mr. Tang's and Mr. Nagy's cases are certified ready for trial to January 21, 2025.

**SO ORDERED** this 21st day of May, 2024.

_____
Victoria Marie Calvert
United States District Judge