IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | 1:22-cr-00283-VMC-CMS-6 |
| ) | |
| ZOLTAN NAGY ) | |
| ) | |
| Defendants. ) | |

### MOTION TO WITHDRAW AS COUNSEL

COMES NOW, undersigned counsel, Jeffrey W. Melcher, who moves this Court to withdraw as counsel. In support of this motion, counsel shows the following:

1. Counsel has left the firm of Dickinson Wright, PLLC and request to withdraw from this case.

2. Therefore, undersigned counsel respectfully request to withdraw from this case and be terminated as counsel for Davies Wong.

Date: September 3, 2024

                                                          Respectfully submitted

                                                          *s/Jeffrey W. Melcher*
                                                          Jeffrey W. Melcher
                                                          Buchalter A Professional Corporation
                                                          Atlanta Pinnacle, 3455
                                                          Peachtree Rd NE, 5th Floor
                                                          Atlanta, GA 30326
                                                          Phone: 626-244-6606
                                                          Email: jmelcher@buchalter.com