# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZOLTAN NAGY and GLENN LAKEN,<br><br>Defendants. | Criminal Action No.<br>1:22-cr-283-VMC-CMS |

## ORDER RESETTING TRIAL

This matter is before the Court on Defendant Zoltan Nagy's Unopposed Motion to Continue Trial (Doc. 190).[1] As Mr. Nagy recently obtained new counsel who needs to review the voluminous discovery, the Court finds that a lengthy continuance is warranted. Therefore, the Court **GRANTS** Mr. Nagy's Motion.

The Jury Trial in this case is reset for **Monday, March 2, 2026** at 9:30 a.m. The Pretrial Conference will be held on **Tuesday, January 27, 2026** at 10:00 a.m. Deadlines for filings are set forth in the Court's Standing Order in Criminal Cases. (Doc. 173).

---

[1] Counsel for Mr. Laken confirmed that he did not oppose Mr. Nagy's request for a continuance.

It is **ORDERED** that the time from September 15, 2025 to March 2, 2026 shall be excluded from computation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

**SO ORDERED** this 22nd day of July, 2025.

_____
Victoria Marie Calvert
United States District Judge