IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>GLENN LAKEN<br>ZOLTAN NAGY | Criminal Action No.<br><br>1:22-cr-283-VMC |

**Order**

Having read and considered the Government's Unopposed Motion to Continue the Trial Date and Pretrial Conference and for good cause shown therein, including the need to afford counsel for the government reasonable time necessary for effective preparation and the lack of opposition, the requested continuance of this matter from the March 2, 2026, trial calendar is granted. Therefore, the Court resets the trial in this matter for __June 22__, 2026, at 9:30 a.m. in Courtroom 2105. The pretrial conference is continued from January 27, 2026, and is rescheduled to __June 9__, 2026, at 10:00 a.m. in Courtroom 2105.

For the reasons set forth in the motion, the Court finds that the failure to grant a continuance in this proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice. The Court also finds that the failure to grant such a continuance would deny the government continuity of counsel and the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

The Clerk of Court is therefore **DIRECTED** to exclude the time between the date of today's order and __June 22__, 2026, under the Speedy Trial Act as the Court finds that the delay is for good cause, and the interests of justice in

granting the continuance outweigh the right of the public and the right of the defendants to a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

So ORDERED this __14th__ day of January, 2026.

_____
VICTORIA M. CALVERT
UNITED STATES DISTRICT JUDGE