# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cr-00283-VMC-CMS
## USA v. Mohamed, et al.
## Honorable Victoria M. Calvert

Minute Sheet for proceedings held In Open Court on 09/25/2026.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 10:35 A.M.
TIME IN COURT: 00:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Wynette Blathers
CSO/DUSM: 1 CSO
DEPUTY CLERK: Jordyn Holder

| | |
|---|---|
| DEFENDANT(S): | [8]Glenn Laken Present at proceedings |
| ATTORNEY(S) PRESENT: | Samir Kaushal representing USA<br>Donald Samuel representing Glenn Laken<br>Benjamin Wylly representing USA |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | Guilty Plea and Plea Agreement |
| MINUTE TEXT: | Defendant sworn, advised of his rights, and a PLEA OF GUILTY was entered as to Count 15 of the Indictment. The Court accepted the plea as knowingly and voluntarily entered. Sentencing set for January 13, 2027, at 11:00 AM. Any sentencing memorandums must be filed 3 business days prior to sentencing. Defendant to remain on bond pending sentencing. |
| HEARING STATUS: | Hearing Concluded |
| ADDL HEARING(S) SCHEDULED: | Sentencing Hearing set for January 13, 2027 at 11:00 in Courtroom 2105; |